# COURT OF CHANCERY
# OF THE
# STATE OF DELAWARE

KATHALEEN ST. JUDE MCCORMICK
CHANCELLOR

LEONARD L. WILLIAMS JUSTICE CENTER
500 N. KING STREET, SUITE 11400
WILMINGTON, DELAWARE 19801-3734

November 29, 2021

Joel Friedlander, Esquire
Jeffrey M. Gorris, Esquire
Christopher M. Foulds, Esquire
Friedlander & Gorris, P.A.
1201 North Market Street, Suite 220
Wilmington, DE 19801

Gregory V. Varallo, Esquire
Bernstein Litowitz Berger & Grossmann LLP
500 Delaware Avenue, Suite 901
Wilmington, DE 19801

Lisa A. Schmidt, Esquire
Robert L. Burns, Esquire
Matthew D. Perri, Esquire
John M. O'Toole, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

Ryan D. Stottmann, Esquire
Alexandra Cumings, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

Re: *In re Mindbody, Inc., Stockholder Litigation*,
Cons. C.A. No. 2019-0442-KSJM

Dear Counsel:

This letter resolves Defendant Richard Stollmeyer's Motion for Summary Judgment. The motion is DENIED.[1]

IT IS SO ORDERED.

---

[1] This result should not come as a surprise. *See* Cons. C.A. No. 2019-0442-KSJM, Docket 396, Tr. of July 13, 2021 Scheduling Teleconference at 25:11–24 (granting Stollmeyer leave to move for summary judgment, but warning that "[t]he likelihood of me granting summary judgment in advance of a bench trial is extremely low, given the facts in play," explaining that it is "extraordinarily unlikely" and a "slim chance" that I would view the material facts concerning the claims against Stollmeyer as undisputed, and stating that the "likely outcome of that motion is a one-word ruling from me: denied.").

Sincerely,

*/s/ Kathaleen St. Jude McCormick*

Kathaleen St. Jude McCormick
Chancellor

cc:    All counsel of record (by *File & ServeXpress*)